
FILED
06 JAN 25 PM 4: 17
NORTHERN DISTRICT COURT
CLEVELAND OF OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA )
) Case No. 5:06CV0149
        Plaintiff, )
) Judge O'Malley
vs )
) <u>CONSENT JUDGMENT ENTRY</u>
EDDIE JU LING NI, )
)
        Defendant. )

    Now comes the Plaintiff, United States of America, and Defendant, Eddie Ju Ling Ni. The parties to this proposed Consent Judgment mutually desire to settle the allegations of the United States contained in Plaintiff's Complaint.

    For and in consideration of the mutual promises and representations set forth herein, the parties hereby agree as follows:

    1. This Court has jurisdiction of the subject matter hereof and of all persons and parties hereto.

    2. From in or about 2001 until in or about 2004, in the Northern District of Ohio and elsewhere, Eddie Ju Ling Ni

willfully engaged in a pattern and practice of hiring Chinese immigrant aliens who were not lawfully present in the United States to be employed in the Ni businesses, and at least 20 such illegal aliens persons were employed by Ni and his businesses during that period and as part of that pattern.

    3. Eddie Ni agrees that judgment be entered against him and in favor of the United States that the Court enter a permanent injunction ordering that Ni divest himself of his ownership interest in any Chinese food restaurant as of the date of his sentencing in the related criminal case and further ordering that he shall be enjoined from any direct or indirect role in the ownership, control or operation of any Chinese food restaurant from that date onward.

6. This matter is hereby settled and dismissed. Each party to bear their own costs.

        Respectfully submitted,

        GREGORY A. WHITE
        United States Attorney

By: /s/ Steven M. Dettelbach
        Steven M. Dettelbach
        Assistant U.S. Attorney
        Reg. No. 0055848
        400 U.S. Courthouse
        801 West Superior Avenue
        Cleveland, Ohio 44113
        (216) 622-3856
        (216) 522-7358 fax
        Steven.Dettelbach@usdoj.gov

_____
Steven Bell, Esq.
Attorney for Eddie Ni

_____
EDDIE JU LING NI
Defendant

**IT IS SO ORDERED:**

_____        1/25/06
Kathleen M. O'Malley                      DATE
UNITED STATES DISTRICT JUDGE